UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**

MAY 28 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 6:26-CR-81-REW
18 U.S.C. § 922(g)(1)

STEVEN LUMPKINS

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 29, 2025, in Floyd County, in the Eastern District of Kentucky,

**STEVEN LUMPKINS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is: (1) a Springfield Armory, Model XD-S, 9mm caliber pistol bearing serial number HG924916; and (2) a Spike's Tactical, Model ST15, multicaliber rifle bearing serial number 163687, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

1.      By virtue of the commission of the offense alleged in the Indictment, **STEVEN LUMPKINS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §

922. Any and all interest that **STEVEN LUMPKINS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2.      The property to be forfeited includes, but is not limited to, the following which were seized from **STEVEN LUMPKINS** on or about May 29, 2025:

**FIREARMS:**
a.  Springfield Armory, Model XD-S, 9mm caliber pistol bearing serial number HG924916;
b.  Spike's Tactical, Model ST15, multicaliber rifle bearing serial number 163687; and
c.  All associated ammunition and accessories.

3.      If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

**FOREPERSON /**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ANDREW H. TRIMBLE**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**        Mandatory special assessment of $100.

**PLUS:**        Forfeiture of listed items.